UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

Fromcheck

plaintiffs

V.S.

**Order of Discontinuance**

05-cv-1069 (ENV) (RER)

Hartford Life Insurance Company

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ ᗇ 2 7 2006 ★

**defendants**

- - - - - - - - - - - - - - - - - -x

VITALIANO, D.J.

P.M. _____
TIME A.M. _____

The Court having been advised that this action has been settled,

Therefore, it is ORDERED and ADJUDGED that this action is

discontinued without cost and without prejudice to the right to reopen the

action if the settlement is not consummated.

SO ORDERED

DATED:    Brooklyn, New York
         April 25, 2006

/s/ Hon. Eric N. Vitaliano
_____
**ERIC N. VITALIANO,**
**United States District Judge**